IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-01228-AP

SCOTT NOGUCHI,

       Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>Assistant United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303) 454-0770<br>alexess.rea@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint was filed:**     May 6, 2011

    **B.  Date Complaint was served on U.S. Attorney's office:**  May 16, 2011.

    **C.  Date Answer and Administrative Record were filed:**  July 8, 2011.

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

    The Administrative Record appears to be complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**.

    There are no unusual claims or defenses in this case.

**7.  OTHER MATTERS**

    There are no other matters to bring to the Court's attention.

**8.  BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due**:    August 29, 2011
    B. **Defendant's Response Brief Due**:        September 30, 2011
    C. **Plaintiff's Reply Brief (If Any) Due**:    October 14, 2011

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's statement**:

Plaintiff does not request oral argument.

**B.      Defendant's statement**

Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.      (   )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

**B.      ( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause*.

DATED this 10th day of August, 2011.

BY THE COURT

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ *Ann J. Atkinson*_____        s/*Alexess Rea*_____
Ann J. Atkinson, Attorney at Law             By: Alexess Rea, Esq.
7960 South Ireland Way                       Special Assistant U.S. Attorney
Aurora, CO 80016-1904                        1001 Seventeenth St.
Tele: 303-680-1881                           Denver, CO 80202
Fax:  303-680-7891                           303-844-7101
Email: atkinsonaj@aol.com                    alexess.rea@ssa.gov