IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-01228-WJM

SCOTT NOGUCHI,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PARTY

This matter is before the Court on the Plaintiff's Unopposed Motion to Substitute Party filed May 21, 2013 (ECF No. 20). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED. The caption in this matter shall be changed as follows:

    AMBER COATS, ex rel M.C.N. and A.G.N., minor children, and
    SYLVIA MURRY, ex rel M.A.N. and K.I.N., minor children, survivors of SCOTT NOGUCHI, Deceased,

    Plaintiffs

    v.

    CAROLYN COLVIN, Acting Commissioner of Social Security

    Defendant

Dated this 22nd day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge