# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 11-cv-01228-WJM

AMBER COATS, ex re. M.C.N. and A.G.N., minor children,
SYLVIA MURRY, ex rel. M.A.N. and K.I.N., minor children, survivors of
SCOTT NOGUCHI,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of Social Security

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

---

This matter comes before the Court on the Parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed November 9, 2012 (ECF No. 19).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1.     The Parties' Stipulated Motion is GRANTED.

2.     The Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $4,800.00. This award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of the Social Security Act [42 U.S.C. §406(b)] subject to the offset provisions of the EAJA.

3.     Payment shall be made payable to the Plaintiff and delivered to Plaintiff's counsel, see *Astrue v. Ratliff*, 130 S.Ct. 25621 (2010), subject to the

        Treasury Offset program 31 U.S.C. §3716(c)(3)(B) (2006).

4. If it is determined upon effectuation of this Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner will consider the propriety of directing payment to the Plaintiff's attorney pursuant to the Plaintiff's assignment. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

Dated this 21st day of August, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge